**RYAN, BRENNAN & DONNELLY LLP**
**ATTORNEYS-AT-LAW**
**E-MAIL: generalinfo@rbdllp.net**

JOHN E. RYAN
E-MAIL: jryan@rbdllp.net

JOHN O. BRENNAN
E-MAIL: jbrennan@rbdllp.net

JOHN M. DONNELLY
E-MAIL: jdonnelly@rbdllp.net

131 TULIP AVENUE
FLORAL PARK, N.Y.  11001
TEL: (516) 328-1100
FAX: (516) 354-0814

September 10, 2010

**BY ECF**
Honorable Brian M. Cogan
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   Halpern v. Comair, Inc., et al.
         CV10-2927 (Cogan, J.)

Dear Judge Cogan:

We are the attorneys for the Defendants in the above-noted matter.

We have been advised by the Transportation Security Administration ("TSA") that it will take them several weeks to review the "In-flight Services Manual" and redact all Sensitive Security Information from it and then return a redacted copy to us in accordance with their protocol and as directed by Your Honor's Order, dated August 30, 2010.

Accordingly, in accordance with Your Honor's Order, we contacted plaintiff's attorney's office today in an attempt to address this issue with the Court.  However, plaintiff's counsel was not available.

Plaintiff's counsel sent me an e-mail asking that I contact the court to ask for a mutually convenient time to discuss this matter with the Court.

Plaintiff's counsel and I are both available on Monday, September 13, 2010, from 10:30 a.m. on and on Tuesday, September 14, 2010 in the a.m. and in the afternoon on Wednesday, September 15, 2010 to discuss this issue with the Court.

# RYAN, BRENNAN & DONNELLY LLP

<u>BY ECF</u>
Honorable Brian M. Cogan
United States District Judge
United States District Court
Eastern District of New York
September 10, 2010
Page Two

Re: <u>Halpern</u> v. <u>Comair, Inc., et al.</u>
      CV10-2927 (Cogan, J.)

We respectfully request that the Court notify counsel of a date and time that is convenient for the Court to discuss this issue.

Thank you for your consideration.

Very truly yours,

RYAN, BRENNAN & DONNELLY LLP

By: _____
       John O. Brennan (JB5100)

JOB:pm

cc:      By E-Mail to: RCM@hsm-law.com
         Clay Milling, Esq.